

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

DIEP NGUYEN
Assistant Corporation Counsel
phone: (212) 341-9848
fax: (212) 788-9776
e-mail: dinguyen@law.nyc.gov

February 22, 2011

**VIA ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Lydon Lewis v. City of New York, et al., 10 CV 4205 (JBW) (CLP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney recently assigned to the defense of the above-referenced matter on behalf of defendants City of New York and Police Officer Rosenthal. I write to respectfully request a brief adjournment of the settlement conference currently scheduled for tomorrow at 12:00 p.m. Plaintiff's counsel, Robert Marinelli, Esq., consents to this request. This is the first request for an adjournment of time.

  First, I apologize to the Court and to plaintiff for this late request as it is completely my fault. Due to my inadvertence error in calendaring, I failed to schedule this conference and Mr. Marinelli was kind enough to give me his consent.[1] Due to this error, I have a conflict in my schedule for tomorrow and I have not been able to obtain authority at this late hour. Accordingly, I respectfully request a brief adjournment of time. Should the Court be inclined to grant the within request, the parties are available on March 2nd, 4th, 14th, and 15, 2011, all day.

---

[1] In my two-and-a-half years at the Office of the Corporation Counsel, I have never missed a court conference and my hope is that it will never happen again.

Thank you for your time and consideration herein.

Respectfully submitted,

Diep Nguyen
Assistant Corporation Counsel

cc: Robert Marinelli, Esq. (By ECF)
Attorney for Plaintiff
395 Broadway, 14th Floor
New York, New York 10007