**ROBERT MARINELLI**
ATTORNEYS AT LAW
305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (718) 624-4748

June 9, 2011

<u>By ECF</u>
The Honorable Cheryl L. Pollak
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *Lewis v. City et. als.*, 10-CV-4205 (JBW)(CLP)

Your Honor:

     I represent the plaintiff in this civil rights action alleging police misconduct.
     On May 25, 2011 plaintiff accepted defendant's Rule 68 Offer of Judgment. Plaintiff served a Bill of Fees and Costs on plaintiff on May 25, 2011. To date, defendant has not responded.

     In the event that the parties cannot agree on costs and fees by June 23, 2011, Plaintiff requests permission to formally move for fees on that date.

Respectfully,

Robert Marinelli

Cc: Diep Nguyen, by email

*So Ordered*
*CL Pollak*
*USMJ*
*6/10/11*